# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

Erik B. Jensen.

Misc. No. 23-3005

**Omnibus Motion of Erik B. Jensen
to Withdraw as Counsel for Various Debtors**

I, Erik B. Jensen, respectfully state as follows:

1. I am currently the counsel of record for debtors in the fifty-four bankruptcy cases in this district listed in Exhibit A ("my clients").

2. For personal and professional reasons, I have decided to stop practicing law in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

3. Michael A. Cibik of Cibik Law, P.C. has agreed to take over all of my cases. Mr. Cibik is one of the most experienced and respected bankruptcy attorneys in this district and he is well equipped to represent my clients.

4. However, Mr. Cibik will not enter an appearance in these cases until or unless my clients consent to the transfer.

5. I have tried to obtain the consent of all my clients for this transfer, but I do not have the administrative support to do so.

6. An attorney may not withdraw as counsel for a debtor unless another attorney enters an appearance on their behalf simultaneously, or unless the Court orders the withdrawal. L.B.R. 2091-1.

7. It is in the best interests of my clients for the Court to enter an order: (a) allowing me to withdraw as counsel, (b) substituting Mr. Cibik as counsel for my clients pursuant to 11 U.S.C. §105 and L.B.R. 2091-1, and (c) ordering that the representation of my clients by Mr. Cibik will be governed by the same terms as my clients agreed to when retaining me as their attorney.

8. This motion is being filed with Mr. Cibik's consent.

**NOW, THEREFORE**, I ask this Court to grant relief in the form of order attached and to grant such other relief as may be necessary and proper under the law.

Date: 12/20/23

Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut St.
Suite 1510
Philadelphia, PA 19102
215-546-4700
erik@jensenbagnatolaw.com

2

# EXHIBIT A

| | |
|---|---|
| 17-14815-mdc | Kelly Dutton |
| 18-15688-amc | Maria F Goodwin |
| 18-16282-mdc | Khalilah Robinson |
| 18-16393-pmm | Tama L. Stoeber and Daniel H. Stoeber |
| 18-16614-amc | Abdal Ali |
| 18-16751-pmm | Rickey G Farley |
| 18-16888-amc | Harolyn Rodgers and Elizabeth Rodgers |
| 18-17374-mdc | Joseph Wright and Marivic Wright |
| 18-18404-mdc | Juan M Mendez |
| 19-10047-amc | Jason Michael Guille and Julie Guille |
| 19-10196-mdc | Etangalia Sherrie Canty |
| 19-10304-mdc | Ousmane Timera |
| 19-10583-mdc | Pedro Melendez |
| 19-12111-pmm | Sergio Perez, Jr. |
| 19-12198-amc | Jennifer Santiago |
| 19-12304-mdc | Lorie Dominick |
| 19-12562-amc | Robert Bernatovich |
| 19-12847-amc | Pamela Fields |
| 19-12996-mdc | Arlis B. Hamilton |
| 19-13351-amc | Eric C. Colgan and Phyllis J Troxell-Colgan |
| 19-13545-amc | Tyrone C Moore |
| 19-14039-mdc | Vincent Williams-Bey and Michele Williams-Bey |
| 19-14260-mdc | Clara L. Chandler |
| 19-14392-mdc | Mohamed S Kabba |
| 19-14448-amc | Melvin D. Green |
| 19-14675-pmm | Mohamed Zedan |
| 19-15133-amc | Thomas G. McKnight and Marie McKnight |

3

| | |
|---|---|
| 19-15319-amc | Sammy Mendez |
| 19-15591-mdc | Eileen Printz and Scott T. Printz |
| 19-16009-mdc | Elizabeth F. Phillips |
| 19-16391-mdc | Kia M. Callands |
| 19-16416-mdc | Jeremy T. Tanner |
| 19-17841-mdc | Sonia Agosto |
| 19-17855-amc | Aoatoa F. Polamalu |
| 20-10829-amc | Darcell D. White |
| 20-11807-amc | Tracy L Brown |
| 20-12233-amc | Keisha M. Brown |
| 20-12303-amc | Theodore A. Green |
| 20-13155-mdc | Linda Carthy and Clayton C Carthy |
| 20-14815-amc | David Ramsey |
| 21-10885-amc | James Wooden and Vernice Wooden |
| 21-10886-mdc | Bruce M. Mines |
| 21-11144-amc | Wilfredo Rodriguez |
| 21-11797-amc | Kim Simmons |
| 21-12131-mdc | Matthew O James |
| 21-12152-pmm | Anthony Pellegrino and Ramona Pellegrino |
| 21-12280-amc | Robert Howard Jackson |
| 21-12558-amc | Valerie Oneil |
| 21-12930-pmm | Ronald Raymond Wabals and Carol Ann Wabals |
| 22-10461-mdc | Brian Campbell |
| 22-10860-amc | George May, Jr. |
| 22-12722-amc | Victor B. Gonzalez-Urgiles |
| 23-10037-mdc | Rae Kimberly Hall |
| 23-10616-mdc | Cristina M Cardona |