**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Erik B. Jensen. | Misc. No. 23-3005 |

**ORDER**

**AND NOW**, upon consideration of the Omnibus Motion of Erik B. Jensen to Withdraw as Counsel for Various Debtors, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The appearance of Erik B. Jensen as counsel for the debtors in the cases listed in Exhibit A is **WITHDRAWN**.

3. The appearance of Michael A. Cibik as counsel for the debtors in the cases listed in Exhibit A is **ENTERED**.

4. Mr. Cibik's representation of the debtors listed in Exhibit A shall be governed by the same terms the debtors agreed to when retaining Mr. Jensen as their counsel.

Date:

                                                  Magdeline D. Coleman
                                                  Chief U.S. Bankruptcy Judge

# EXHIBIT A

| | |
|---|---|
| 17-14815-mdc | Kelly Dutton |
| 18-15688-amc | Maria F Goodwin |
| 18-16282-mdc | Khalilah Robinson |
| 18-16393-pmm | Tama L. Stoeber and Daniel H. Stoeber |
| 18-16614-amc | Abdal Ali |
| 18-16751-pmm | Rickey G Farley |
| 18-16888-amc | Harolyn Rodgers and Elizabeth Rodgers |
| 18-17374-mdc | Joseph Wright and Marivic Wright |
| 18-18404-mdc | Juan M Mendez |
| 19-10047-amc | Jason Michael Guille and Julie Guille |
| 19-10196-mdc | Etangalia Sherrie Canty |
| 19-10304-mdc | Ousmane Timera |
| 19-10583-mdc | Pedro Melendez |
| 19-12111-pmm | Sergio Perez, Jr. |
| 19-12198-amc | Jennifer Santiago |
| 19-12304-mdc | Lorie Dominick |
| 19-12562-amc | Robert Bernatovich |
| 19-12847-amc | Pamela Fields |
| 19-12996-mdc | Arlis B. Hamilton |
| 19-13351-amc | Eric C. Colgan and Phyllis J Troxell-Colgan |
| 19-13545-amc | Tyrone C Moore |
| 19-14039-mdc | Vincent Williams-Bey and Michele Williams-Bey |
| 19-14260-mdc | Clara L. Chandler |
| 19-14392-mdc | Mohamed S Kabba |
| 19-14448-amc | Melvin D. Green |
| 19-14675-pmm | Mohamed Zedan |
| 19-15133-amc | Thomas G. McKnight and Marie McKnight |
| 19-15319-amc | Sammy Mendez |

| | |
|---|---|
| 19-15591-mdc | Eileen Printz and Scott T. Printz |
| 19-16009-mdc | Elizabeth F. Phillips |
| 19-16391-mdc | Kia M. Callands |
| 19-16416-mdc | Jeremy T. Tanner |
| 19-17841-mdc | Sonia Agosto |
| 19-17855-amc | Aoatoa F. Polamalu |
| 20-10829-amc | Darcell D. White |
| 20-11807-amc | Tracy L Brown |
| 20-12233-amc | Keisha M. Brown |
| 20-12303-amc | Theodore A. Green |
| 20-13155-mdc | Linda Carthy and Clayton C Carthy |
| 20-14815-amc | David Ramsey |
| 21-10885-amc | James Wooden and Vernice Wooden |
| 21-10886-mdc | Bruce M. Mines |
| 21-11144-amc | Wilfredo Rodriguez |
| 21-11797-amc | Kim Simmons |
| 21-12131-mdc | Matthew O James |
| 21-12152-pmm | Anthony Pellegrino and Ramona Pellegrino |
| 21-12280-amc | Robert Howard Jackson |
| 21-12558-amc | Valerie Oneil |
| 21-12930-pmm | Ronald Raymond Wabals and Carol Ann Wabals |
| 22-10461-mdc | Brian Campbell |
| 22-10860-amc | George May, Jr. |
| 22-12722-amc | Victor B. Gonzalez-Urgiles |
| 23-10037-mdc | Rae Kimberly Hall |
| 23-10616-mdc | Cristina M Cardona |