# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Erik B. Jensen. | Misc. No. 23-03005-mdc<br><br>Related to ECF No. 1 |

### Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Omnibus Motion of Erik B. Jensen to Withdraw as Counsel for Various Debtors, which was filed on December 29, 2023, as ECF No. 1. Thank you.

Date: January 10, 2024

/s/ Erik B. Jensen
Erik B. Jensen
Jensen Bagnato, PC
1500 Walnut St.
Suite 1510
Philadelphia, PA 19102
215-546-4700
erik@jensenbagnatolaw.com