# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Erik B. Jensen. | Misc. No. 23-03005-amc |

## Praecipe to Close Case

To the Clerk of Court:

    Please close this case. Thank you.

Date: July 30, 2024                                CIBIK LAW, P.C.

                                                      By: /s/ Michael A. Cibik
                                                            Michael A. Cibik (#23110)
                                                             1500 Walnut Street, Suite 900
                                                            Philadelphia, PA 19102
                                                            215-735-1060
                                                            mail@cibiklaw.com